**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:
ALVARO REYES
SSN:XXX-XX-3745
IVONNE REYES
SSN:XXX-XX-0209

CASE No. 04-41600-BKC-AJC
CHAPTER 13

Debtor (s).

_____/

## MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13 CASE

**COMES NOW,** Debtors, Alvaro Reyes and Ivonne Reyes, by and through the undersigned counsel file this Motion to Vacate Dismissal and Reinstate Chapter 13 Case pursuant to 11 U.S.C. Section 350(b) and Federal Rule 60(b) and state as follows:

1. This case was dismissed on February 9, 2009, because the debtors failed to make the payments under the First Amended Plan, to Nancy N. Herkert, Trustee.

2. Debtors' attorney is now holding the total amount of $729.08 that brings the debtors current with all payments.

3. The Debtors would like to reinstate the chapter 13 case.

**WHEREFORE**, Debtors, Alvaro Reyes and Ivonne Reyes, request this Motion to Vacate Dismissal be granted and Chapter 13 Case be reinstated.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically served to Clerk of the Bankruptcy Court;  Nancy N. Herkert, Trustee and served by U.S. mail to all interested parties on attached list on this 9TH day of February, 2009.

Respectfully Submitted,

Jorge L. Suarez, Esq.
Attorney for the Debtor
3735 SW 8 Street Suite 101
Coral Gables, FL 33134
Ph:  305- 445-2944
jorgesuarezlaw@aol.com

/s/ Jorge L. Suarez
Jorge L. Suarez, Esq.
Florida Bar No. 0844950

Page 1 of  1

303111401 NEW 03/08 8810013776

**MONEY ORDER**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK      HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**WaMu**

62-20/311   **1196404473**

**MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS**

WASHINGTON MUTUAL   SEVEN NINE TWO **08** CTSCTS

\*\*\*\*\*\*\*Feb 9, 2009 SEVEN HUNDRED TWENTY NINE DOLLARS AND 08 CENTS \*\*\*\*\*\*

**PAY EXACTLY**
**NOT GOOD FOR MORE THAN $1,000.00**

Drawer:Washington Mutual, a division of JPMorgan Chase Bank, N.A.

Security Features Details on Back.

TO THE
ORDER OF   *Nancy N. Herkert, Trustee*

*Case #04-41600-AJC*

*Alvaro & Ivonne Reyes.*

AUTHORIZED SIGNATURE

1724  160

Citibank, N.A. - One Penn's Way - New Castle DE 19720

⑆1196404473⑆  ⑈031100209⑈      38769958⑈

Label Matrix for local noticing
113C-1
Case 04-41600-AJC
Southern District of Florida
Miami
Tue Feb  3 15:01:36 EST 2009

B-First LLC
Mail Stop 550
2101 Fourth Ave #1030
Seattle, WA 98121-2317

Ford Motor Credit Company
c/o Gerard M Kouri Jr
5311 King Arthur Ave
Davie, FL 33331-3340

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Sherman Acquisition LLC
335 Madison Ave 19 Fl
New York, NY 10017-4611

Burdines Macys
P  O Box 8050
Mason OH 45040-8050

Capital One
P O Box 85015
Richmond VA 23285-5015

Cingular Wireless
P O Box 3050
Boca Raton FL 33431-0950

ER Solutions Inc
500 SW 7 Street A 100
Renton WA 98057-2983

FDS Bank/Burdines-Macys
c/o TSYS Total Debt Mgmt, Inc
POB 137
Columbus GA 31902-0137

Ford Motor Credit Co
c/o Gerard M Kouri
POB 55000 Drawer 55-953
Detroit MI 48255-0001

Ford Motor Credit Company
P O Box 31111
Tampa FL 33631-3111

GE Capital City Furniture
P O Box 276
Dayton OH 45401-0276

Household Bank
P O Box 80084
Salinas CA 93912-0084

Household Bank
c/o eCast Settlement Corp
POB 35480
Newark NJ 07193-5480

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Sears Roebuck   Company
45 Congress Street
Salem MA 01970-5579

Sherman Acquisition LP
Resurgent Capital Services
POB 10587
Greenville SC 29603-0587

World Financial Network National Bank
c/o Weinstein, Treiger & Riley
2101 4th Ave, Ste 900
Seattle WA 98121-2339

eCAST Settlement
POB 35480
Newark NJ 07193-5480

Alvaro Reyes
2520 SW 16 Terr
Miami, FL 33145-2035

Ivonne Reyes
2520 SW 16 Terr
Miami, FL 33145-2035

Jorge L Suarez Esq.
3735 SW 8 St #101
Coral Gables, FL 33134-3120

Nancy N Herkert
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
SPF  Bankruptcy
PO Box 17167 Stop 5760
Attn Bankruptcy Unit
Ft Lauderdale FL 33318

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(d)Ford Motor Credit Company
c/o Gerard M Kouri Jr
5311 King Arthur Ave
Davie, FL 33331-3340

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26